

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00771-CV

Kent **HOFFMAN**, Susan Hoffman Binieck, E. Peter Hoffman, Jr. and Marni H. Cooney; Tianpeng Gu, Xiangrui Kong, Yujie Pan, Dan He, LFF Management L.P., Yu Min Chen, Ya Miin Chen, Chi & Xiao Ltd., J. Liu Property, LLC., Appellants

v.

Andrew M. **THOMSON**, CDG Peeler Family Limited Partnership, Cynthia l. Littlefield, The Dick Family Irrevocable Trust, Gordon G. Thomson, Jane Elizabeth Erzen, Larry Wayne Mccarty, Linda M. Ball, Michael David Dick, et al., Appellees

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0008-CV-C, Consolidated M-17-0034-CV-B
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

Extension of Time to File the Clerk's Record is hereby NOTED. Time is extended until December 6, 2019.

It is so **ORDERED** on December 4, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT